# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JACOB LUCÉ, § | |
| § | |
| Plaintiff, § | Civil Action No. 4:24-cv-00591 |
| v. § | Judge Mazzant/Judge Davis |
| § | |
| CITY OF MCKINNEY, TEXAS, § | |
| § | |
| Defendant. § | |
| § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 2, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #39) that Defendant the City of McKinney's Motion to Dismiss (Dkt. #12) be granted but that Plaintiff Jacob Lucé be given an opportunity to file an amended complaint.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant the City of McKinney's Motion to Dismiss (Dkt. #12) is hereby **GRANTED.**

It is **FURTHER ORDERED** that Plaintiff Lucé's claims against Defendant the City of McKinney are **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that, within 21 days, Plaintiff Lucé file an amended complaint addressing the deficiencies identified in the Report and Recommendation (Dkt. #39).

**IT IS SO ORDERED.**

**SIGNED this 18th day of September, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE