# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

JACOB LUCÉ, §
§
*Plaintiff,* §
§ Civil Action No. 4:24-cv-00591
v. § Judge Mazzant/Judge Davis
§
CITY OF MCKINNEY, TEXAS, §
§
*Defendant.* §
§

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 26, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #83) that Plaintiff Jacob Lucé's Motion for Partial Summary Judgment (Dkt. #76) be denied and Defendant the City of McKinney's Motion for Summary Judgment (Dkt. #77) be granted. The same day, Plaintiff filed Objections (Dkt. #84) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #84) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motion for Partial Summary Judgment (Dkt. #76) is **DENIED** and Defendant's Motion for Summary Judgment (Dkt. #77) is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** until such time as Plaintiff can show that the *Heck* conditions are met.

**IT IS SO ORDERED**.

**SIGNED this 23rd day of July, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE