**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS SHERMAN DIVISION**

| | | |
|---|---|---|
| **JACOB C. LUCÉ** | § | |
| Plaintiff, | § | |
| v. | § | **Case No. 4:24-cv-00591-ALM-BD** |
| **CITY OF MCKINNEY, TEXAS;** | § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Jacob C. Lucé, Plaintiff in the above-named case, proceeding *pro se*, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's *Memorandum Adopting Report and Recommendation of United States Magistrate Judge* (Dkt. 85) and final judgment entered in this action on July 23, 2026, which denied Plaintiff's Motion for Partial Summary Judgment (Dkt. 76), granted Defendant's Motion for Summary Judgment (Dkt. 77), and dismissed Plaintiff's Complaint with prejudice.

Plaintiff notes that he was granted *In Forma Pauperis* (IFP) status in the District Court, which remains operative for this appeal pursuant to Federal Rule of Appellate Procedure 24(a)(3).

Furthermore, Plaintiff formally notes his willingness and request for Oral Argument in this matter. Plaintiff is fully prepared to appear in person before the three-judge appellate panel at the United States Court of Appeals for the Fifth Circuit in New Orleans, Louisiana, to argue the pure

questions of constitutional law presented herein.

Dated this 3rd day of August, 2026.

Respectfully submitted,

*/s/ Jacob C. Lucé*

**JACOB C. LUCÉ**

4100 Eldorado Pkwy, 100 #223

McKinney, TX 75070

(469) 333-0713

jake@luceprospectgroup.com

Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2026, a true and correct copy of the foregoing Plaintiff's Notice of Appeal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Jacob C. Lucé*

**JACOB C. LUCÉ**